UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-62M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| ERIC LESHAWN HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:     Theft of Public Money

<u>Date of Detention Hearing</u>:     February 12, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required or the safety of the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant and a co-defendant are charged with theft of public money, specifically, stealing money from a Post Office stamp vending machine.

DETENTION ORDER                                                                                    15.13
18 U.S.C. § 3142(i)                                                                              Rev. 1/91
PAGE 1

2. Defendant has no ties to this District except for his relationship with his co-defendant Since moving to Washington, he has worked sporadically in temporary labor jobs. His employment history is described as "odds and ends jobs". He reports his health is not good and that he suffers from Schizophrenia.

3. Defendant has a lengthy criminal history, with an outstanding non-extraditable warrant from Minnesota and a limited extraditable warrant from Chicago, Illinois. Records indicate the defendant is associated with sixteen alias names, seven Social Security numbers and four dates of birth.

4. Defendant poses a risk of nonappearance because of lack of ties to this District, lack of stable work and residence history, a history of bail jumping and escape, a history of probation violations, outstanding warrants in two separate states, association with alias forms of identification, use of controlled substances, possible mental health issues, and lack of verification for background information. He poses a risk of danger due to possible untreated mental health issues and controlled substance use, as well as criminal history.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings of the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

01    (2)   Defendant shall be afforded reasonable opportunity for private consultation with
02            counsel;
03    (3)   On order of a court of the United States or on request of an attorney for the
04            Government, the person in charge of the corrections facility in which defendant is
05            confined shall deliver the defendant to a United States Marshal for the purpose of
06            an appearance in connection with a court proceeding; and
07    (4)   The clerk shall direct copies of this Order to counsel for the United States, to
08            counsel for the defendant, to the United States Marshal, and to the United States
09            Pretrial Services Officer.
10    DATED this 12th day of February, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER           15.13
18 U.S.C. § 3142(i)         Rev. 1/91
PAGE 3