1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR07-49-RSM |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| ERIC LESHAWN HARRIS, | |
| Defendant. | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on September 7, 2010.  The United States was represented by Assistant United States Attorney Sunni Ko, and the defendant by Paula Deutsch.

The defendant had been charged and convicted of Theft of Public Property, in violation of 18 U.S.C.§ 641.  On or about June 29, 2007, defendant was sentenced by the Honorable Ricardo S. Martinez, to a term of 12 months and one day in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $9,044.75 restitution, search, maintain a single

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

checking account, prohibited from incurring new credit charges or debt, and shall maintain identification in his name only.

In a Petition for Warrant or Summons, dated August 24, 2010, U.S. Probation Officer Jennifer Van Flandern asserted the following violation by defendant of the conditions of his supervised release:

1.  Using marijuana on or before April 28, 2010, in violation of standard condition seven.

2.  Using alcohol on or before April 29, 2010, in violation of the special condition ordering him to abstain from alcohol use.

3.  Using cocaine on or before May 17, 2010, and May 24, 2010, in violation of standard condition seven.

4.  Using cocaine on or about July 1, 2010, in violation of standard condition seven.

5.  Using alcohol on or about August 16, 2010, in violation of the special condition ordering him to abstain from alcohol use.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation numbers 1, 2, 3, 4 and 5.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4 and 5, and that the Court conduct a hearing limited to disposition.  A disposition hearing on these violations has been set before the Honorable Ricardo S. Martinez on October 1, 2010 at 10:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 8th day of September, 2010.

_James P. Donohue_

_____
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

1

2

3    cc:     District Judge:          Honorable Ricardo S. Martinez

4           AUSA:                  Ms. Sunni Ko

             Defendant's attorney:   Ms. Nancy Tenney

5           Probation officer:      Jennifer Van Flandern

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3